**Order entered August 4, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01137-CV

## BISHOP ABBEY HOMES, LTD. AND NATHAN HALSEY, Appellants

## V.

## BYRON AND PAIGE HALE, Appellees

**On Appeal from the 439th Judicial District Court**
**Rockwall County, Texas**
**Trial Court Cause No. 1-11-1207**

## ORDER

Appellants' August 3, 2015 Emergency Motion for Temporary Stay Pending Re-Hearing

of Appellate Court's Review of Trial Court's Supersedeas Ruling is **DENIED**.

/s/    ELIZABETH LANG-MIERS
         PRESIDING JUSTICE